UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JOHNNY CLIFTON CYRUS<br>　　　　　Plaintiff(s)<br>　v.<br>WARDER PATRICIA R. STANSBERRY;<br>UNIT MANAGER SHIELDS;<br>COUNSELOR J. DEMMING; CASE<br>MANAGER O'BRIEN<br>　　　　　Defendant(s) | **Judgment in a Civil Case**<br><br>Case Number: 5:08-CT-3151-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the defendants' motion to dismiss, or in the alternative, for summary judgment.

**IT IS ORDERED AND ADJUDGED** that defendants' motion for summary judgment is granted and this action is hereby dismissed.

This Judgment Filed and Entered on September 20, 2010, with service on:
Johnny Clifton Cyrus 49400-053, U.S. Penitentiary, P.O. Box 33, Terre Haute, IN 47808 (via U.S. Mail)
Christina A. Kelley (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| September 20, 2010 | /s/ Dennis P. Iavarone<br>Clerk |

Raleigh, North Carolina